FILED
IN CLERK'S OFFICE

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

2003 DEC -9  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.  03-12457 DPW

GARY JACQUET )
    Petitioner )
v. )
 )
Bruce Chadbourne, )
Interim Field Director )
US Bureau of Immigration )
And Custom Enforcement )
 )

NOTICE OF APPEAL

FILING FEE PAID:
RECEIPT # 52293
AMOUNT $ 255.00
BY DPTY CLK
DATE 12/9/03

Now comes the Petitioner, Gary Jacquet and gives notice of his Appeal to the United States Court of Appeals.

Respectfully Submitted,

_____ 12/9/03
STEPHEN A. LAGANA, ESQ.
145 Essex Street
Lawrence, MA. 01841