UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY JACQUET,
    Petitioner

v.   CIVIL ACTION NO: 03-12457-DPW

BRUCE CHADBOURNE,
Interim Field Director
US Bureau of Immigration and
Custom Enforcement

## ORDER FOR REASSIGNMENT TO JUDGE ZOBEL

Woodlock, D.J.

    After review of this Emergency Petition pursuant to 28 U.S.C. §2241, it appears this case is related to C.A. 03-11568-RWZ.

    Accordingly, the above action is hereby Ordered to be Re-Assigned to Judge Zobel forthwith. From this date forward the case number on all pleadings should be followed by the initials RWZ (not DPW).  In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

                                          By the Court

                                          /s/ Rebecca Greenberg
                                          Deputy Clerk

Dated: December 8, 2003.