IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARRY JACQUET,<br>Plaintiff, | Civil Action No. 03-12457-RWZ |
| v. | |
| BRUCE E. CHADBOURNE,<br>Defendants. | |

### DEFENDANT CHADBOURNE'S MOTION TO DISMISS

Defendant Chadbourne respectfully informs the Court that the Department of Homeland Security executed the final order of removal against Plaintiff, Garry Jacquet, on December 15, 2003. As a result of Plaintiff's removal to Haiti, Defendant Chadbourne moves that this case be dismissed, in its entirety, as moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 18th day of December, 2003:

Stephen Lagana
145 Essex Street
Lawrence, MA 01841

Frank Crowley
Bureau of Immigration & Customs Enforcement
JFK Federal Building, Room 425
Government Center
Boston, MA 02203

/s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney

2