# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 03-2687

GARRY JACQUET
Petitioner-Appellant

v.

BRUCE CHADBOURNE
Respondent-Appellee

---

**JUDGMENT**
**Entered: March 29, 2004**

By notice issued January 22, 2004 and February 12, 2004, appellant was notified that he was in default for failure to file a transcript order form, docketing statement, and/or appearance form. Appellant was warned that unless action was taken by February 26, 2004, his appeal would be dismissed for lack of diligent prosecution.

Appellant having failed to file a transcript order form, docketing statement, and/or appearance form, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Loc. R. 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: MAY 20 2004

By the Court:
Richard Cushing Donovan, Clerk

By:_____
Chief Deputy Clerk

[cc: Messrs. Lagana, Cashman, Sullivan and Ms. Dickson]